IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. NEWCOMER, | : | 1:16-cv-2119 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| HENKELS & McCOY, INC., | : | |
| Defendant, | : | |

## ORDER

**August 1, 2017**

Presently before this Court is Defendant's motion to dismiss. (Doc. 16). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. 16) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge